IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LAVADES LAMONT MCKIVER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 114-007 |
| CLIFF HENSLEY, Owner, C&A Mobile Repair Service, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 14). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion to compel (doc. no. 11), **DISMISSES** this action without prejudice for failure to effect timely service, and **CLOSES** this civil action.

SO ORDERED this 20th day of November, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA